THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RALPH J. STEIN | § | CASE NO. 06-40948-R |
| XXX-XX-0114 | § | |
| 4319 HOLLOW OAK DRIVE | § | CHAPTER 13 |
| DALLAS, TX 75287 | § | |
| | § | |
| BONNIE J. STEIN | § | |
| XXX-XX-6310 | § | |
| | § | |
| DEBTORS | § | |

MOTION TO DISMISS AND SETTING HEARING

**THE TRUSTEE REQUESTS THE COURT TO SET THIS MOTION FOR HEARING ON <u>December 1, 2010</u>, AT <u>10:00 am</u> AS FOLLOWS:**

**Plano Bankruptcy Courtroom
Wells Fargo Bank Building
660 North Central Expressway
Plano, Texas 75074**

COMES NOW JANNA L. COUNTRYMAN, the Standing Chapter 13 Trustee, and files this her Motion to Dismiss and Setting Hearing in the above numbered and styled proceeding, and for cause would show the Honorable Court as follows:

1. The Debtors' Chapter 13 Plan was confirmed by this Court on March 15, 2007. The Trustee's Recommendation Concerning Claims was approved by this Court on May 21, 2007, and is attached hereto as Exhibit A and incorporated herein by reference.

2. The Debtors' Plan does not provide enough funding to pay claims as approved in the Trustee's Recommendation Concerning Claims. Specifically, the Debtors' Plan is underfunded because allowed amounts for the claims as reflected in the approved Trustee's Recommendation Concerning Claims exceed the total amount the Debtors are to pay. The Debtors agreed to pay all allowed unsecured claims in full as a condition of confirmation. An additional $44,715.65 is necessary to fund the Plan within the original plan term. No modification has been proposed to include such amount.

3. Notice of such deficiency was sent to the Debtors' attorney and the Debtors on April 16, 2007.

4. The failure of the Debtors to cure the infeasibility of the Plan constitutes an unreasonable delay by the Debtors that is prejudicial to creditors under 11 USC §1307(c)(1), and thus cause exists for dismissal. Further, the Trustee would represent that the failure of the Debtors to cure the underfunding of the Plan constitutes additional cause for dismissal pursuant to 11 USC §1307(c)(6) of the Bankruptcy Code.

WHEREFORE, PREMISES CONSIDERED, Janna L. Countryman, the Standing Chapter 13 Trustee, prays that this case be dismissed for cause and for such other and further relief to which she may be entitled.

Respectfully submitted,

/s/ Greg R. Arnove
Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 06-40948-R |
| RALPH J. STEIN | § | |
| XXX-XX-0114 | § | CHAPTER 13 |
| 4319 HOLLOW OAK DRIVE | § | |
| DALLAS, TX  75287 | § | |
| | § | |
| BONNIE J. STEIN | § | |
| XXX-XX-6310 | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS**
**(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)**

## Notice Regarding Trustee's Recommendation Concerning Claims:

THIS DOCUMENT SHALL CONSTITUTE AN **OBJECTION TO YOUR CLAIM** UNLESS THE RECOMMENDATION IN THIS DOCUMENT CONCERNING YOUR CLAIM ACCEPTS YOUR PROOF OF CLAIM PRECISELY AS FILED.

NO HEARING WILL BE CONDUCTED ON THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE WITHIN **THIRTY (30) DAYS** FROM DATE OF SERVICE, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION.

IF NO OBJECTION IS TIMELY SERVED AND FILED TO THIS DOCUMENT, THE TRUSTEE'S RECOMMENDATION CONCERNING YOUR CLAIM SHALL BE SUSTAINED AS UNOPPOSED AND YOUR CLAIM SHALL BE ALLOWED ONLY AS SET FORTH IN THIS DOCUMENT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

## Notice of Deadline for Filing Objections to Claim:

YOU ARE FURTHER NOTIFIED that the **deadline for filing an objection** to the allowance of any proof of claim filed in this case, or to avoid or otherwise challenge the validity of any security interest claimed in any proof of claim in this case, is the **twenty-first (21st) day** following the date of service of this document.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Janna L. Countryman, Trustee in these proceedings, and making this her recommendation concerning claims, would respectfully show the Court as follows:

1. All parties are specifically advised that, among others, LBR 3015 shall apply to this Trustee's Recommendation Concerning Claims.

2. The time for filing claims in this proceeding has expired.  The Trustee has reviewed all of the claims filed in this proceeding.  Attached are Schedules I and II containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

3. If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's objections or other recommendations, or may file an objection to any claim disputed. However, responses to the Trustee's recommendations MUST BE FILED within thirty (30) days from the date of service hereof, and objections to claims MUST BE FILED within twenty-one (21) days from service hereof. Each claim for which there is no timely filed response or objection will be treated as listed in the attached Schedules, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

VALUATION OF COLLATERAL

4. The Court has previously made a final and binding determination of the value of certain property, which may constitute collateral securing certain creditors' claims. These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court. All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I and II.

5. Certain creditors may have timely filed proofs of claim which evidenced a perfected security interest in additional collateral not previously valued by the Court. The Trustee has made a recommendation to the Court in Schedules I and II concerning the value of such collateral and the treatment of each such creditor's claim herein. Such recommendation is deemed to be a motion to determine the value of such creditor's secured claim. UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

TRUSTEE'S OBJECTIONS TO CLAIMS

6. The Trustee contests the amounts or the validity or extent of the security interest listed in the proofs of claim in the attached Schedule I to the Trustee's Recommendation Concerning Claims. If no response or objection is timely filed, such claim will be treated in the manner and amount listed on the attached Schedules to the Trustee's Recommendation Concerning Claims

7. Parties in interest should carefully examine the attached Schedules to the Trustee's Recommendation Concerning Claims. If any party disagrees with the Trustee's recommendation concerning the amount or status of any claim, such party must file a response within thirty (30) days from the date of service hereof, or the Trustee's recommendation will become final and binding.

8. If the Trustee's recommendation concerning any claim differs from the amount indicated in the creditor's Proof of Claim, the recommendation is deemed to be an objection to such claim. Unless a timely response or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount listed in the attached Schedules to the Trustee's Recommendation Concerning Claims.

9. If the Trustee's recommendation concerning a creditor's claim indicates that such creditor is not a secured creditor, the recommendation is deemed to be an action to determine the validity of such creditor's security interest or to avoid such creditor's security interest. Unless a timely response or objection is filed contesting the Trustee's recommendation, the security interest will be avoided or disallowed in accordance with the attached Schedules to the Trustee's Recommendation Concerning Claims.

    CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS. PARTIES MUST RESPOND WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

10. The amounts in the attached Schedule II to the Trustee's Recommendation Concerning Claims were taken directly from the proofs of claims. The Trustee does not contest these claims. If the Debtors or any creditors contest any of these claims, an objection to each claim must be filed within twenty-one (21) days from the date of service hereof.

NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS

DEBTORS AND CREDITORS SHOULD TAKE NOTICE THAT THE COURT HAS SET A BAR DATE FOR OBJECTIONS TO CLAIMS. ANY ADDITIONAL OBJECTIONS TO CLAIMS MUST BE FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF CLAIMS WILL BE FINAL.

11. Responses to the Trustee's recommendation must be filed within thirty (30) days from the date of service hereof, and additional objections to claims must be filed within twenty-one (21) days from the date of service hereof, with the United States Bankruptcy Clerk, 660 North Central Expressway, Plano, TX 75074, and served on the appropriate parties in accordance with the Bankruptcy Rules.

Respectfully submitted,

/s/ Janna L. Countryman
Janna L. Countryman, TBN 04888050
Greg R. Arnove, TBN 00783562
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas 75074
(972) 943-2580 / Fax (972) 943-8050

ClaimRecommendations

CASE NO.     06-40948-R

## SCHEDULE I

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
|---|---|---|---|
| | | MONTHLY PAYMENT | DESCRIPTION TREATMENT |
| GEORGE A. SHELBURNE<br>ATTORNEY AT LAW<br>6116 NORTH CENTRAL, SUITE 920<br>DALLAS, TX  75206 | 1,750.00 | | ORIGINAL ATTORNEY<br><br>FEES PAID DIRECT |
| ATTORNEY GENERAL<br>CHILD SUPPORT DIVISION<br>5201 E RL THORNTON FRWY #210<br>DALLAS, TX  75223-2235 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ATTORNEY GENERAL OF TEXAS<br>COLLECTIONS/BANKRUPTCY<br>P. O. BOX 12400<br>AUSTIN, TX  78711-2400 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| AUTOMOTIVE FINANCIAL SERVICES<br>NATIONAL BANKRUPTCY SERVICE<br>P. O. BOX 537950<br>LIVONIA, MI  48153-7950 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| BANK OF AMERICA<br>P. O. BOX 1598<br><br>NORFOLK, VA  23501-1598 | 0.00 | 0.00<br><br>0.00 | SECURED<br><br>LAND ROVER DISCOVERY<br>TO BE PAID DIRECT BY DEBTOR |
| B-LINE, LLC/CREDITRUST<br>MAIL STOP 550<br>2101 FOURTH AVE., SUITE 1030<br>SEATTLE, WA  98121 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| CHASE MANHATTAN BANK<br>P. O. BOX 15919<br><br>WILMINGTON, DE  19850-5919 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |

| Creditor | Amount | Amount | Amount | Notes |
|---|---|---|---|---|
| COMPTROLLER OF PUBLIC ACCTS<br>REVENUE ACCTG. / BANKRUPTCY<br>P. O. BOX 13528<br>AUSTIN, TX 78711-3528 | 0.00 | 0.00<br>0.00 | | NOTICE ONLY |
| CUSHMAN AND WAKEFIELD<br>12830 HILLCREST<br>SUITE 110<br>DALLAS, TX 75230 | 0.00 | 0.00<br>0.00 | | NOTICE ONLY<br><br>OFFICE LEASE |
| DALLAS COUNTY TAX COLLECTOR<br>% LINEBARGER GOGGAN ET AL<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2644 | 0.00 | 0.00<br>0.00 | | TAXES/SECURED<br><br>COURT CLAIM REGISTRY # 3<br>2006 TAX<br>CLAIM WITHDRAWN, CLAIM NOT TO BE PAID<br>(COURT DOCKET # 33) |
| DISCOVER CARD SERVICES<br>P. O. BOX 15316<br><br>WILMINGTON, DE 19850-5316 | 0.00 | 0.00<br>0.00 | | NOTICE ONLY<br><br>CREDIT CARD |
| ETHAN ALLEN<br>% GEMB<br>P. O. BOX 981439<br>EL PASO, TX 79998-1439 | 0.00 | 0.00<br>0.00 | | NOTICE ONLY |
| GE CONSUMER FINANCE<br>% GE CAPITAL CONSUMER CARD CO.<br>P. O. BOX 960061<br>ORLANDO, FL 32896-0661 | 0.00 | 0.00<br>0.00 | | UNSECURED<br><br>COURT CLAIM REGISTRY # 8<br>OFFICE FURNITURE<br>CLAIM WITHDRAWN, CLAIM NOT TO BE PAID<br>(COURT DOCKET # 34) |
| GE CONSUMER FINANCE<br>% GE CAPITAL CONSUMER CARD CO.<br>P. O. BOX 960061<br>ORLANDO, FL 32896-0661 | 0.00 | 0.00<br>0.00 | | UNSECURED<br><br>COURT CLAIM REGISTRY # 9<br>OFFICE FURNITURE<br>CLAIM WITHDRAWN, CLAIM NOT TO BE PAID<br>(COURT DOCKET # 34) |
| GEORGE A. SHELBURNE<br>ATTORNEY AT LAW<br>6116 NORTH CENTRAL, SUITE 920<br>DALLAS, TX 75206 | 0.00 | 0.00<br>0.00 | | PRIORITY<br><br>COURT CLAIM REGISTRY # 6<br>CPA FEES- WD CLM<br>CLAIM WITHDRAWN, CLAIM NOT TO BE PAID<br>(COURT DOCKET # 32) |

| | | | |
|---|---|---|---|
| GEORGE A. SHELBURNE<br>ATTORNEY AT LAW<br>6116 NORTH CENTRAL, SUITE 920<br>DALLAS, TX  75206 | 1,750.00 | 0.00<br>0.00 | ORIGINAL ATTORNEY<br><br>ORIGINAL ATTY<br>TO BE PAID AS ADMINISTRATIVE |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 21125<br><br>PHILADELPHIA, PA  19114 | 93,936.47 | 0.00<br>0.00 | PRIORITY<br><br>COURT CLAIM REGISTRY # 10<br>01-02 TAX<br>TO BE PAID AS PRIORITY |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 21126<br><br>PHILADELPHIA, PA  19114-0326 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| LINEBARGER GOGGAN BLAIR ET AL<br>2323 BRYAN STREET, SUITE 1600<br><br>DALLAS, TX  75201-2644 | 0.00 | 0.00<br>0.00 | NOTICE OF APPEARANCE<br><br>DALLAS COUNTY |
| MANAGEMENT SERVICES, INC.<br>P. O. BOX 3671<br><br>DES MOINES, IA  50322-0674 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| NATIONAL CITY MORTGAGE CO.<br>3232 NEWMARK DRIVE<br><br>MIAMISBURG, OH  45342 | 309,760.03 | 0.00<br>0.00 | MORTGAGE ON-GOING PAYMENTS<br><br>COURT CLAIM REGISTRY # 4<br>HOMESTEAD<br>TO BE PAID DIRECT BY DEBTOR |
| NATIONAL CITY MORTGAGE CO.<br>P. O. BOX 1820<br><br>DAYTON, OH  45401 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| NEIMAN MARCUS<br>P. O. BOX 720848<br><br>DALLAS, TX  75372-0848 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |

| Creditor | Amount | Amount | Type |
|---|---|---|---|
| NEIMAN MARCUS<br>P. O. BOX 729080<br>DALLAS, TX  75372-9080 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| NORDSTROM<br>P. O. BOX 79134<br>PHOENIX, AZ  85062-9134 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| RECOVERY MANAGEMENT SYSTEMS<br>25 SOUTHEAST 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL  33131 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| SEARS<br>% CITI USA<br>P. O. BOX 182149<br>COLUMBUS, OH  43228 | 0.00 | 0.00<br>0.00 | NOTICE ONLY<br><br>CREDIT CARD |
| SEARS BANKRUPTCY RECOVERY<br>P. O. BOX 3671<br>DES MOINES, IA  50322-0674 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| SUNTRUST BANK<br>ATTN: SUPPORT SERVICES<br>P. O. BOX 85092<br>RICHMOND, VA  23286 | 16,835.07 | 0.00<br>0.00 | SECURED<br><br>COURT CLAIM REGISTRY # 11<br>04 VOLKSWAGON JETTA<br>TO BE PAID DIRECT BY DEBTOR |
| SUNTRUST BANK<br>MAIL CODE 9207<br>P. O. BOX 4986<br>ORLANDO, FL  32802-4986 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| TEXAS WORKFORCE COMMISSION<br>TAX DEPARTMENT<br>101 EAST 15TH STREET<br>AUSTIN, TX  78778-0001 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |

| | | | |
|---|---|---|---|
| US ATTORNEY<br>EASTERN DISTRICT OF TEXAS<br>110 NORTH COLLEGE, SUITE 700<br>TYLER, TX 75702-7237 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| US ATTORNEY GENERAL<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVENUE NW<br>WASHINGTON, DC 20530-0001 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| VOLVO FINANCE<br>P. O. BOX 680170<br><br>FRANKLIN, TN 37068 | 42,156.23 | 0.00<br>0.00 | SECURED<br>COURT CLAIM REGISTRY # 2<br>04 VOLVO XC90<br>TO BE PAID DIRECT BY DEBTOR |
| VOLVO FINANCE NA<br>10 LINK DRIVE<br><br>ROCKLEIGH, NJ 07647-2509 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |

CASE NO.     06-40948-R

## SCHEDULE II

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
|---|---|---|---|
| | | MONTHLY PAYMENT | DESCRIPTION<br>TREATMENT |
| B-LINE, LLC<br>% WEINSTEIN, TREIGER & RILEY<br>2101 FOURTH AVENUE, SUITE 900<br>SEATTLE, WA  98121 | 12,173.66 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 7<br>CHASE<br>TO BE PAID AS UNSECURED |
| DISCOVER FINANCIAL SERVICES<br>P. O. BOX 3025<br><br>NEW ALBANY, OH  43054-3025 | 6,794.73 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 1<br><br>TO BE PAID AS UNSECURED |
| ECAST SETTLEMENT CORP.<br>P. O. BOX 7247-6971<br><br>PHILADELPHIA, PA  19170-6971 | 5,310.00 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 13<br>NEIMAN MARCUS<br>TO BE PAID AS UNSECURED |
| ECAST SETTLEMENT CORPORATION<br>P. O. BOX 35480<br><br>NEWARK, NJ  07193-5480 | 2,243.33 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 12<br>CHASE BANK USA, N.A.<br>TO BE PAID AS UNSECURED |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 21125<br><br>PHILADELPHIA, PA  19114 | 15,464.03 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 10<br><br>TO BE PAID AS UNSECURED |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P. O. BOX 10587<br>GREENVILLE, SC  29603-0587 | 2,244.16 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 14<br>CITIBANK<br>TO BE PAID AS UNSECURED |
| NORDSTROM<br>P. O. BOX 6566<br><br>ENGLEWOOD, CO  80155-6566 | 1,439.89 | 0.00<br><br>0.00 | UNSECURED<br><br>COURT CLAIM REGISTRY # 5<br>CREDIT CARD<br>TO BE PAID AS UNSECURED |

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 06-40948-R |
| RALPH J. STEIN | § | |
| XXX-XX-0114 | § | CHAPTER 13 |
| 4319 HOLLOW OAK DRIVE | § | |
| DALLAS, TX 75287 | § | |
| | § | |
| BONNIE J. STEIN | § | |
| XXX-XX-6310 | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | |

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS (WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS) has been served upon the following parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail. If no address is listed, no notice was sent to that party.

GEORGE A. SHELBURNE
ATTORNEY AT LAW
6116 NORTH CENTRAL, SUITE 920
DALLAS, TX 75206

RALPH J. STEIN
BONNIE J. STEIN
4319 HOLLOW OAK DRIVE
DALLAS, TX 75287


and to the parties on the attached mailing matrix.


Dated <u>April 16, 2007</u>                      <u>/s/ Janna L. Countryman</u>
                                                                        Office of the Standing Chapter 13 Trustee

ClaimRecommendations

CASE NUMBER:    06-40948-R

| | | |
|---|---|---|
| | ATTORNEY GENERAL<br>CHILD SUPPORT DIVISION<br>5201 E RL THORNTON FRWY #210<br>DALLAS, TX  75223-2235 | ATTORNEY GENERAL OF TEXAS<br>COLLECTIONS/BANKRUPTCY<br>P. O. BOX 12400<br>AUSTIN, TX  78711-2400 |
| AUTOMOTIVE FINANCIAL SERVICES<br>NATIONAL BANKRUPTCY SERVICE<br>P. O. BOX 537950<br>LIVONIA, MI  48153-7950 | BANK OF AMERICA<br>P. O. BOX 1598<br>NORFOLK, VA  23501-1598 | B-LINE, LLC<br>% WEINSTEIN, TREIGER & RILEY<br>2101 FOURTH AVENUE, SUITE 900<br>SEATTLE, WA  98121 |
| B-LINE, LLC/CREDITRUST<br>MAIL STOP 550<br>2101 FOURTH AVE., SUITE 1030<br>SEATTLE, WA  98121 | CHASE MANHATTAN BANK<br>P. O. BOX 15919<br>WILMINGTON, DE  19850-5919 | COMPTROLLER OF PUBLIC ACCTS<br>REVENUE ACCTG. / BANKRUPTCY<br>P. O. BOX 13528<br>AUSTIN, TX  78711-3528 |
| CUSHMAN AND WAKEFIELD<br>12830 HILLCREST<br>SUITE 110<br>DALLAS, TX  75230 | DALLAS COUNTY TAX COLLECTOR<br>% LINEBARGER GOGGAN ET AL<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX  75201-2644 | DISCOVER CARD SERVICES<br>P. O. BOX 15316<br>WILMINGTON, DE  19850-5316 |
| DISCOVER FINANCIAL SERVICES<br>P. O. BOX 3025<br>NEW ALBANY, OH  43054-3025 | ECAST SETTLEMENT CORP.<br>P. O. BOX 7247-6971<br>PHILADELPHIA, PA  19170-6971 | ECAST SETTLEMENT CORPORATIO<br>P. O. BOX 35480<br>NEWARK, NJ  07193-5480 |
| ETHAN ALLEN<br>% GEMB<br>P. O. BOX 981439<br>EL PASO, TX  79998-1439 | GE CONSUMER FINANCE<br>% GE CAPITAL CONSUMER CARD CO.<br>P. O. BOX 960061<br>ORLANDO, FL  32896-0661 | GEORGE A. SHELBURNE<br>ATTORNEY AT LAW<br>6116 NORTH CENTRAL, SUITE 920<br>DALLAS, TX  75206 |
| INTERNAL REVENUE SERVICE<br>P. O. BOX 21126<br>PHILADELPHIA, PA  19114-0326 | INTERNAL REVENUE SERVICE<br>P. O. BOX 21125<br>PHILADELPHIA, PA  19114 | LINEBARGER GOGGAN BLAIR ET AL<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX  75201-2644 |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P. O. BOX 10587<br>GREENVILLE, SC  29603-0587 | MANAGEMENT SERVICES, INC.<br>P. O. BOX 3671<br>DES MOINES, IA  50322-0674 | NATIONAL CITY MORTGAGE CO.<br>3232 NEWMARK DRIVE<br>MIAMISBURG, OH  45342 |
| NATIONAL CITY MORTGAGE CO.<br>P. O. BOX 1820<br>DAYTON, OH  45401 | NEIMAN MARCUS<br>P. O. BOX 729080<br>DALLAS, TX  75372-9080 | NEIMAN MARCUS<br>P. O. BOX 720848<br>DALLAS, TX  75372-0848 |
| NORDSTROM<br>P. O. BOX 6566<br>ENGLEWOOD, CO  80155-6566 | NORDSTROM<br>P. O. BOX 79134<br>PHOENIX, AZ  85062-9134 | RECOVERY MANAGEMENT SYSTEM<br>25 SOUTHEAST 2ND AVENUE<br>SUITE 1120<br>MIAMI, FL  33131 |

| | | |
|---|---|---|
| SEARS<br>% CITI USA<br>P. O. BOX 182149<br>COLUMBUS, OH  43228 | SEARS BANKRUPTCY RECOVERY<br>P. O. BOX 3671<br>DES MOINES, IA  50322-0674 | SUNTRUST BANK<br>MAIL CODE 9207<br>P. O. BOX 4986<br>ORLANDO, FL  32802-4986 |
| SUNTRUST BANK<br>ATTN: SUPPORT SERVICES<br>P. O. BOX 85092<br>RICHMOND, VA  23286 | TEXAS WORKFORCE COMMISSION<br>TAX DEPARTMENT<br>101 EAST 15TH STREET<br>AUSTIN, TX  78778-0001 | US ATTORNEY<br>EASTERN DISTRICT OF TEXAS<br>110 NORTH COLLEGE, SUITE 700<br>TYLER, TX  75702-7237 |
| US ATTORNEY GENERAL<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVENUE NW<br>WASHINGTON, DC  20530-0001 | VOLVO FINANCE<br>P. O. BOX 680170<br>FRANKLIN, TN  37068 | VOLVO FINANCE NA<br>10 LINK DRIVE<br>ROCKLEIGH, NJ  07647-2509 |

CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing Motion to Dismiss and Setting Hearing has been served upon the following parties in interest by mailing a copy of same to them via first class mail and uploaded to the Court for service by the Bankruptcy Noticing Center to the parties on the Court's mailing matrix on the date set forth below.

RALPH J. STEIN
BONNIE J. STEIN
4319 HOLLOW OAK DRIVE
DALLAS, TX  75287


GEORGE A. SHELBURNE
ATTORNEY AT LAW
6116 NORTH CENTRAL, SUITE 920
DALLAS, TX  75206

Dated:  November 08, 2010         /s/ Greg R. Arnove
                 Office of the Standing Chapter 13 Trustee